**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

    **vs.**            : CASE NO: CR-1-02-160
                          : JUDGE BECKWITH

**GILBERTO LEYVA-BERRELLEZA,**

        **Defendant.**

**PLAINTIFF UNITED STATES OF AMERICA'S**
**MOTION TO REMIT FINE**

Now comes Plaintiff, United States of America, and pursuant to 18 § 3573 of the Federal Rules of Criminal Procedure, moves this Court for an Order remitting Defendant's Fine and Special Assessment due to the fact that the Defendant was deported to Mexico on June 23, 2005 as evidenced by a printout from the United States Immigration and Naturalization's Deportable Alien Control System attached hereto as "Exhibit A". Based upon this information, it is unlikely the United States will ever be in position to enforce collection of the unpaid fine ordered in this case.

        Respectfully submitted,

        GREGORY G. LOCKHART
        United States Attorney

        s/ Deborah F. Sanders
        DEBORAH F. SANDERS (0043575)
        Assistant United States Attorney
        303 Marconi Blvd, Suite 200
        Columbus, Ohio 43215
        (614) 469-5715

N:\_ECF Workload\DSanders\Leyva - Mot to remit.wpd