```
DAX2070                     DACS CASE CLOSURE SUMMARY (CLOS)           DATE: 01/05/2006
                                                                       TIME: 08:42:29

A-NUM: 091510445          LAST NAME: LEYVA BERRELLEZA        CASE-CAT: 3
DCO: EPC                  FIRST NAME: GILBERT

DATE-DOCKET-CLEARED: 07/14/2005      DEPART-CLEARED-STAT: 6
TRANSFER-TO-DCO:                     DATE-DOCKET-TRANSF:                     FCO:
DATE-DEPARTED: 06/23/2005            PORT-DEPARTED: PDN          DEPART-CNTRY: MEXIC
FINAL-CHARGE: R2A3                   EXPENSE-CODE: 1             CLOSED-BY: ELP4353A

DATE-ENTERED: 12/21/2004    DATE-LAST-UPDATE: 07/14/2005

PRINTER-ID IS NOW OPTIONAL, HOWEVER, IF YOU STILL WANT A
PRINTER-ID:                 PRINTOUT OF THE CASE ON A CLOSE THEN USE PRINTER-ID.
PF7 - DCO LIST FOR TRANSFERS

COMMAND: CLOS      A-NUM: 091510445

UNAUTHORIZED DCO
```

PLAINTIFF'S EXHIBIT A