IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | CASE NO.   1:02-cr-160 |
| GILBERTO LEYVA-BERRELLEZA, | : | |
| Defendant. | : | |

ORDER TO REMIT FINE

Pursuant to 18 § 3573 of the Federal Rules of Criminal Procedure, the Court orders that the Fine and Special Assessment imposed September 29, 2003 shall be remitted due to the fact that the Defendant was deported to Mexico.

**IT IS ORDERED** that the unpaid balance of the Fine and Special Assessment imposed September 29, 2003 be remitted.

Dated: January 31, 2006           s/Sandra S. Beckwith
                                  Sandra S. Beckwith, Chief Judge
                                  United States District Court