IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**UNITED STATES OF AMERICA,**

        Plaintiff,

    vs.                        : **CRIMINAL NO: CR-1-02-160**
                                    : **JUDGE BECKWITH**

**GILBERTO LEYVA-BERRELLEZA,**

        Defendant.

**SATISFACTION OF CRIMINAL JUDGMENT**

The judgment in the above-entitled case having been remitted by order of the Court on January 31, 2006 (doc. # 37), the Clerk of the United States District Court for the Southern District of Ohio is hereby authorized and empowered to cancel said judgment of record regarding monetary penalties.

                                          Respectfully submitted,

                                          GREGORY G. LOCKHART
                                          United States Attorney

                                          s/ Deborah F. Sanders
                                          DEBORAH F. SANDERS (0043575)
                                          Assistant United States Attorney
                                          Southern District of Ohio
                                          303 Marconi Boulevard, Suite 200
                                          Columbus, Ohio 43215-2401
                                          (614) 469-5715

N:\_ECF Workload\DSanders\Leyva - Sat of Judg.wpd